# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HUNTER MATHIS**                                                                                          **PLAINTIFF**

**V.**                          **NO. 4:20-cv-01490-BRW-ERE**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration of the Recommendation and a *de novo* review of the record, I approve and adopt the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this  18th  day of  February , 2022.

                                                            \_\_\_\_\_BILLY ROY WILSON_____
                                                            UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HUNTER MATHIS**                                                                                           **PLAINTIFF**

V.                           NO. 4:20-cv-01490-BRW-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After careful consideration of the Recommendation and a *de novo* review of the record, I approve and adopt the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HUNTER MATHIS**                                                                 **PLAINTIFF**

**V.**                        **NO. 4:20-cv-01490-BRW-ERE**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is reversed and this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE