# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HUNTER MATHIS**                                                                                                **PLAINTIFF**

**V.**                                        **NO. 4:20-cv-01490-BRW-ERE**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is reversed and this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this  18th  day of  February , 2021.

                                                              BILLY ROY WILSON
                                         UNITED STATES DISTRICT JUDGE